VERNON C. GOINS II (SBN 195461)
GOINS & ASSOCIATES
A Professional Law Corporation
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:   (510) 893-9465
Facsimile:    (510) 893-4228

Attorneys for Plaintiffs
RAYMOND L. FARRIS and
DVA MANAGEMENT GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND L. FARRIS and DVA MANAGEMENT GROUP, INC., <br><br>Plaintiffs,<br><br>v.<br><br>CLARENCE WILSON III, ALVA JENKINS, DWAYNE (LIL WAYNE) MICHAEL CARTER JR., VAMPED OUT PRODUCTIONS, and DOES 1-10,<br><br>Defendants. | No. 2:10-cv-01216-FCD-JFM<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

Plaintiffs RAYMOND L. FARRIS, formerly in pro se, and DVA MANAGEMENT GROUP, INC., hereby request that the Court approve the substitution of Goins & Associates, A Professional Law Corporation as their attorneys of record in the above-captioned action.

Plaintiffs consent to this substitution.

Dated:  June ___, 2010                                    ___/s/_____
                                                                              Raymond L. Farris


Dated:  June ___, 2010                                    ___/s/_____
                                                                              Raymond L. Farris, President
                                                                              DVA Management Group, Inc.

1  Goins & Associates, A Professional Law Corporation, as the counsel substituting in,
2  consents to this substitution.  Attorney Vernon C. Goins II, of Goins & Associates, A
3  Professional Law Corporation, will be the new attorney of record for Plaintiff.  Mr. Goins'
4  contact information is as follows:
5      1330 Broadway, Suite 1530, Oakland, California 94612;
6      telephone number (510) 893-9465; facsimile number (510) 893-4228;
7      e-mail address: vgoins@thebusinesslawyers.com.
8  Dated:  June 25, 2010      GOINS & ASSOCIATES
    A Professional Law Corporation

 

    ___/s/_____
    Vernon C. Goins II

### **ORDER**

The Court hereby orders that the request of Plaintiffs RAYMOND L. FARRIS and DVA MANAGEMENT CORPORATION, INC. to substitute Vernon C. Goins II (Cal. SBN 195461) of Goins & Associates, A Professional Law Corporation, as attorney of record for Plaintiffs in the above-entitled action is GRANTED.

**IT IS SO ORDERED.**

Dated:  June 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE