IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. FARRIS et al.,

        Plaintiffs,                      No. CIV 2:10-cv-1216 -GEB-JFM

    vs.

CLARENCE WILSON, III, et al.,

        Defendants.               <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff Raymond Farris is proceeding in this action with counsel. Mr. Farris seeks to proceed in forma pauperis. 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(c)(21).

        Mr. Farris has submitted the affidavit required by § 1915(a) showing that he is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint states a cognizable claim for relief pursuant to 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiffs have a reasonable opportunity to prevail on the merits of this action.

        A filing fee of $350.00 is required to commence a civil action in a district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action without prepayment of fees or security therefor by a litigant who submits an affidavit demonstrating inability to pay. 28 U.S.C. § 1915(a). Where there are multiple plaintiffs in a single action, the

1

plaintiffs may not proceed in forma pauperis unless all of them demonstrate inability to pay the filing fee.

Based thereon, IT IS HEREBY ORDERED that:

1. Plaintiff Raymond Farris's request to proceed in forma pauperis is granted;

2. Plaintiff DVA Management Group, Inc., is ordered to show cause, within ten days of this order, why it should not pay the filing fee in this matter.

DATED: July 20, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;farr1216.ifpgrant